

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2015

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

**THE UNKNOWN HEIRS OF TOMASA GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on November 3, 2014. On November 24, 2014, appellants provided written proof that the record was requested on September 30, 2014, and a down-payment in the amount of $1,725.00 had been paid to Ms. Gay Richie for the preparation of the reporter's record. On December 1, 2014, Ms. Richie was ordered to file the reporter's record in this appeal no later than December 23, 2014. The reporter's record was not filed by that deadline. On January 6, 2015, Ms. Richie was ordered to file the reporter's record in this appeal no later than February 2, 2015. The order stated that if Ms. Richie failed to file the record by the stated deadline, an order could be issued directing her to appear and show cause why she should not be held in contempt for failing to file the record. The order further directed the clerk of this court to serve a copy of the order on Ms. Richie by certified mail, return receipt requested, or by some other form of personal notice with proof of delivery.

The copy of the January 6, 2015 order that was mailed to Ms. Richie was returned to this court as undeliverable; however, the clerk of this court contacted Ms. Richie and obtained an updated address. The order also was sent to Ms. Richie by e-mail. On January 9, 2015, Ms. Richie filed a notification of late record. It is unclear from this court's records whether this notification was filed in response to this court's January 6, 2015 order. In this notification, Ms. Richie states, "I informed all attorneys [b]efore the transcript was even requested that I was working on a Capital Murder appeal from 12 years ago and that it took precedence right now so have been unable to work on this appeal." Although we understand Ms. Richie has a heavy workload, the deadlines for filing appellate records are established by the Texas Rules of

Appellate Procedure. The record was requested and a deposit was paid for the preparation of the record **five months ago**. It is therefore ORDERED that Ms. Richie file the reporter's record in this appeal no later than February 17, 2015.

**IF MS. RICHIE FAILS TO ELECTRONICALLY FILE THE RECORD IN THIS APPEAL AS ORDERED, CONTEMPT PROCEEDINGS SHALL BE COMMENCED AGAINST HER. WE ORDER THE CLERK OF THIS COURT TO SERVE MS. RICHIE WITH A COPY OF THIS ORDER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Jose Luis Garza, Judge of the 381st Judicial District Court. Given Ms. Richie's concerns about her workload, Judge Garza may be able to assist her in adjusting her court schedule to provide her with the time necessary to timely complete and file the reporter's record.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2015.

Keith E. Hottle
Clerk of Court